**Ingram MOORE, Petitioner**

v.

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent**

**No. 167 EM 2016**

Supreme Court of Pennsylvania.

November 30, 2016

## ORDER

PER CURIAM

AND NOW, this 30th day of November, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief, to the extent it seeks a writ of mandamus, are **GRANTED.**

The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days. The Prothonotary is **DIRECTED** to serve

this order on the President Judge of the Court of Common Pleas of Philadelphia County.